CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 12 2007

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RAY MARTIN, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:07-cv-00128 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| MEDICAL DEPARTMENT, <u>et al.</u>, | ) | By: Samuel G. Wilson |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Martin's motion to amend his complaint is **GRANTED**; this action is **DISMISSED** pursuant to 42 U.S.C. §1997e(a); and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER:** This 12th day of April, 2007.

_____
United States District Judge